IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS L. SLATER, #173 328,   )  | |
| )  | |
|   Petitioner,  ) | |
| ) | |
| v.   )  | CASE NO. 2:08-cv-325-WHA |
| ) | |
| ) | |
| WARDEN RICHARD DEVILLE, *et al.*,  )   | |
| )  | |
|   Respondents.   ) | |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #23) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #23) of the Magistrate Judge is ADOPTED. The petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is DISMISSED with prejudice as time-barred.

A separate judgment shall issue.

Done this 17th day of May, 2010.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE